

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00279-CV

| | | |
|---|---|---|
| IN THE INTEREST OF M.M., A CHILD | § | On Appeal from the 360th District Court |
| | § | of Tarrant County (360-688290-20) |
| | § | February 23, 2023 |
| | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order is reversed, and the case is remanded to the trial court for a new trial.

It is further ordered that appellee J.G. shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
      Justice Dana Womack